*E-Filed 7/23/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRYL B. SMITH, | No. C 12-5890 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| RALPH M. DIAZ, | |
| Respondent. | |

Respondent's motion to extend time to file an answer or other response to the order to show cause (Docket No. 10) is GRANTED. Such response shall be filed on or before September 15, 2013. The Clerk shall terminate Docket. No. 10.

**IT IS SO ORDERED**.

DATED: July 23, 2013

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California