United States District Court
For the Northern District of California

*E-Filed 9/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRYL B. SMITH, | No. C 12-5890 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| RALPH M. DIAZ, | |
| Respondent. | |

Respondent's motion to extend time to file an answer or other response to the order to show cause (Docket No. 14) is GRANTED. Such response shall be filed on or before November 1, 2013. The Clerk shall terminate Docket. No. 14.

**IT IS SO ORDERED**.

DATED: September 19, 2013

RICHARD SEEBORG
United States District Judge