*E-Filed 9/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DARRYL B. SMITH,                                    No. C 12-5890 RS (PR)

        Petitioner,                                **ORDER EXTENDING TIME**

    v.

RALPH M. DIAZ,

        Respondent.
_____/

    Respondent's motion to extend time to file an answer or other response to the order to show cause (Docket No. 14) is GRANTED.  Such response shall be filed on or before November 1, 2013.  The Clerk shall terminate Docket. No. 14.

    **IT IS SO ORDERED**.

DATED:  September 19, 2013

                                  _____
                                  RICHARD SEEBORG
                          United States District Judge

**United States District Court**
For the Northern District of California